UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>BEEMAN, LARRY D.<br>BEEMAN, WENNA L<br>CONSTRUCTION, BEEMAN<br>BEEMAN, WENDY L.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71148 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.   JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 06/30/06. An order for relief under Chapter 7 was entered on 06/30/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of October 5, 2007 is as follows:

|   |   |   |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | 40,128.43 |
| b. | DISBURSEMENTS (See Exhibit C) | 52.36 |
| c. | NET CASH available for distribution | 40,076.07 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |
|   | 1. Trustee compensation requested (See Exhibit E.) | 4,762.84 |
|   | 2. Trustee Expenses (See Exhibit E.) | 92.18 |
|   | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 1,729.00 |
|   | 4. Estimated compensation and expense reimbursement request (See Exhibit F.) |   |

5. The Bar Date for filing unsecured claims expired on 12/12/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | 6,132.72 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 6,584.02 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 40,061.99 |

7. Trustee proposes that unsecured creditors receive a distribution of 45.18% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $1,729.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,729.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $400.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 10/5/07

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06-71148 MB
**Case Name:** BEEMAN, LARRY D.
BEEMAN, WENNA L
**Period Ending:** 10/05/07

**Trustee:** (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 06/30/06 (f)
**§341(a) Meeting Date:** 09/07/06
**Claims Bar Date:** 12/12/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash in Trust w/Atty. Brian Hart | 5,000.00 | 5,000.00 | DA | 5,000.00 | FA |
| 2 | Checking Acct. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing/HHGS | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 4 | Term & whole life policy | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Contract for sale of farm interest | Unknown | 24,970.00 | | 35,000.00 | FA |
| 6 | Account receivables | 6,700.00 | 3,200.00 | DA | 0.00 | FA |
| 7 | Vehicles | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. power tools | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 128.43 | Unknown |
| 9 | Assets   Totals  (Excluding unknown values) | $28,800.00 | $33,170.00 | | $40,128.43 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007        **Current Projected Date Of Final Report (TFR):** December 31, 2007

Printed: 10/05/2007 10:45 AM    V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-71148 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BEEMAN, LARRY D. BEEMAN, WENNA L | | Bank Name: Account: | JPMORGAN CHASE BANK, N.A. ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | 13-7542613 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/05/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/06 | {1} | JP Morgan Chase Bank | Funds held in trust account turned over | 1121-000 | 5,000.00 | | 5,000.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.97 | | 5,001.97 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.50 | | 5,005.47 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.29 | | 5,008.76 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.18 | | 5,011.94 |
| 12/29/06 | | JP Morgan Chase | backup withholding | 2990-000 | | 0.89 | 5,011.05 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.34 | | 5,014.39 |
| 01/31/07 | | JP Morgan Chase | backup withholding | 2990-000 | | 0.93 | 5,013.46 |
| 02/02/07 | {5} | Larry Beeman c/o chase | 2d payment | 1121-000 | 10,000.00 | | 15,013.46 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.59 | | 15,020.05 |
| 02/28/07 | | JP Morgan Chase | backup withholding | 2990-000 | | 1.84 | 15,018.21 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.01 | | 15,026.22 |
| 04/11/07 | {5} | Larry Beeman | | 1121-000 | 8,000.00 | | 23,026.22 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.85 | | 23,037.07 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.71 | | 23,049.78 |
| 06/01/07 | {5} | Larry Beeman | Add'l pymt per agreement | 1121-000 | 2,000.00 | | 25,049.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.75 | | 25,062.53 |
| 07/06/07 | {5} | Larry Beeman | Final pymt re: farmland | 1121-000 | 15,000.00 | | 40,062.53 |
| 07/26/07 | | JP Morgan Chase | reverse backup withholding | 2990-000 | | -3.66 | 40,066.19 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.15 | | 40,086.34 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.11 | | 40,108.45 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-71148, Bond #016018067 | 2300-000 | | 52.36 | 40,056.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.98 | | 40,076.07 |
| | | | | Subtotals: | $40,128.43 | $52.36 | |

{} Asset reference(s)

Printed: 10/05/2007 10:45 AM V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-71148 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | BEEMAN, LARRY D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BEEMAN, WENNA L | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | 13-7542613 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/05/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 40,128.43 | 52.36 | $40,076.07 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 40,128.43 | 52.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $40,128.43 | $52.36 | |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts : | 40,128.43 | | | | | |
| Net Estate : | $40,128.43 | TOTAL - ALL ACCOUNTS | | | | |
| | | MMA # ***-*****93-65 | | 40,128.43 | 52.36 | 40,076.07 |
| | | | | $40,128.43 | $52.36 | $40,076.07 |

() Asset reference(s)

Printed: 10/05/2007 10:45 AM   V.9.55

# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BEEMAN, LARRY D.<br>BEEMAN, WENNA L<br>CONSTRUCTION, BEEMAN<br>BEEMAN, WENDY L.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71148 MB<br><br>HONORABLE MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, **JOSEPH D. OLSEN**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,584.02 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 6,132.72 |
| Priority Tax Claims: | $ 13,323.63 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 14,035.70 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 0.00 |
| Surplus to Debtor: | $ 0.00 |

**TOTAL AMOUNT TO BE DISTRIBUTED:**     $ 40,076.07

**DISTRIBUTION REPORTS**                                                                                     **PAGE 1**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| CLAIM NUMBER / CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $6,584.02 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | Yalden, Olsen & Willette | 1,729.00 | 1,729.00 |
| | JOSEPH D. OLSEN | 4,762.84 | 4,762.84 |
| | JOSEPH D. OLSEN | 92.18 | 92.18 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**DISTRIBUTION REPORTS**                  **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**  PAGE 3

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER        CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER        CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b)(6) - Tax Liens | $6,132.72 | 100.00% |
| **CLAIM NUMBER        CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 5-A    Internal Revenue Service | 6,132.72 | 6,132.72 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $13,323.63 | 100.00% |
| **CLAIM NUMBER        CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 5-B    Internal Revenue Service | 13,323.63 | 13,323.63 |

Case 06-71148    Doc 45    Filed 01/26/08    Entered 01/26/08 12:37:55    Desc Main
            Document      Page 11 of 20

**DISTRIBUTION REPORTS**                                                              **PAGE 4**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $31,065.58 | 45.18% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | ACCOUNT RECOVERY SERVICES, INC. | 616.00 | 278.31 |
| 2 | SMC c/o HSBC Bank Nevada NA - Bergner's | 385.91 | 174.36 |
| 3 | Various Creditors | 532.95 | 240.79 |
| 5 | INTERNAL REVENUE SERVICE | 23,831.14 | 10,767.12 |
| 6 | Allied Business Accounts Inc | 5,279.58 | 2,385.36 |
| 7 | Rockford Mercantile Agency Inc | 420.00 | 189.76 |

**DISTRIBUTION REPORTS**  PAGE 5

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $8,996.41 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 8 | NATIONAL CITY BANK | 8,996.41 | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Unsecured | 4 | RMH Pathologists c/o ARS POB 2526 Loves Park, IL 61132- | $ 616.00 | Disallow |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   12/4/07            s/s Joseph D. Olsen
                            JOSEPH D. OLSEN, Trustee

## TRUSTEE NARRATIVE

Case involved what the Trustee perceived to be the Debtor's fraudulent conveyance of his one-sixth interest in a family farm in the State of Wisconsin to his son. The transfer occurred by an Agreement for Deed allowing very long term payments for very little interest. The Trustee established that the Debtor would not have sold the farm to any person other than his son nor, sold the farm under such conditions so financially favorable to anyone other than his son. The Trustee asserted that the transfer was fraudulent. Attempted to reasonably establish the fair market value of the Wisconsin family farm, subject to the life estate of the mother, and review an appropriate discount for the one-sixth interest in the property. The Trustee negotiated and settled an offer and compromise with the Debtor for this amount, as well as for a converted account receivable.

## TASKS PERFORMED BY TRUSTEE

1. Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2. Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a.) Pursuit of fraudulent conveyance.

3. Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4. Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5. Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6. Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7. Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8. Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9. Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

**Yalden, Olsen & Willette**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2007 | 13154 |

| BILL TO |
|---|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71972 | Beeman-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|---|---|---|---|---|
| 6/2/2006 | UST | Conference with Attorney Hart's office regarding turnover of funds, production response. | 0.2 | 0.00 |
| 6/3/2006 | UST | Review of documents from Debtor's counsel with regard to transfer of interest under Agreement for Deed to Wisconsin to son. | 0.25 | 0.00 |
| 9/19/2006 | UST | Preparation of Trustee's Initial Report of Asset Case, cash receipt & disbursement ledger, estate property record, record case on asset log, production request to Debtor's counsel. | 0.25 | 0.00 |
| 10/6/2006 | UST | Preparation of case progress report. | 0.2 | 0.00 |
| 10/9/2006 | UST | Review of file, review of proof of claim docket. | 0.3 | 0.00 |
| 10/23/2006 | UST | Conference with Debtor's counsel regarding compliance with production request. | 0.2 | 0.00 |
| 10/30/2006 | UST | Conference with Attorney Carrozza regarding compliance with request to produce. | 0.15 | 0.00 |
| 11/7/2006 | UST | Conference with Debtors' attorney's office regarding compliance with request to produce. | 0.2 | 0.00 |
| 11/13/2006 | UST | Review of Debtor's first response to request to produce. | 0.3 | 0.00 |
| 11/14/2006 | UST | Conference with Attorney Carrozza regarding insistencies on production and petition schedules, issues involving IRS claim, issues involving recovery of fraudulent conveyance. | 0.25 | 0.00 |
| 11/29/2006 | UST | Conference with Attorney Hart regarding resolution of outstanding issues on file. | 0.15 | 0.00 |
| | | | **Total** | |

Page 1

**Yalden, Olsen & Willette**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2007 | 13154 |

| BILL TO |
|---|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71972 | Beeman-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|---|---|---|---|---|
| 12/13/2006 | UST | Review of proof of claim docket to factor in settlement claims, review of IRS claims, other duplicate claims. | 0.5 | 0.00 |
| 12/13/2006 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 12/27/2006 | UST | Conference with Attorney Brian Hart with regard to offer and compromise. | 0.2 | 0.00 |
| 12/28/2006 | UST | Conference with Brian Hart regarding finalization of numbers on offer to settle. | 0.2 | 0.00 |
| 1/23/2007 | UST | Review of file, conference with Debtor's attorney's office regarding status of buyout. | 0.15 | 0.00 |
| 1/29/2007 | UST | Preparation of case progress report. Voice mail from Debtor's counsel regarding status of payment. | 0.25 | 0.00 |
| 2/1/2007 | UST | Conference with Debtor's counsel's office regarding status on payment of account. | 0.15 | 0.00 |
| 2/1/2007 | UST | Banking. | 0.15 | 0.00 |
| 2/7/2007 | UST | Conference with Debtor's counsel's office regarding status of repayment of balance of projected compromise amounts. | 0.25 | 0.00 |
| 3/11/2007 | UST | File review, conference with Attorney Hart regarding status of completion of payments on settlement agreement. | 0.2 | 0.00 |
| 3/13/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 3/19/2007 | UST | Review of file, voice mail with Attorney Hart regarding status of offer & compromise, memo to file regarding same. | 0.15 | 0.00 |
| | | **Total** | | |

# Yalden, Olsen & Willette

**Invoice**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|---|---|
| 10/2/2007 | 13154 |

| BILL TO |
|---|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71972 | Beeman-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|---|---|---|---|---|
| 3/19/2007 | UST | Voice mail from Attorney Hart regarding status of offer and compromise. | 0.1 | 0.00 |
| 3/19/2007 | UST | Conference with Attorney Carrozza regarding status of settlement, balance due on account. | 0.2 | 0.00 |
| 3/20/2007 | UST | Conference with Brian Hart regarding status on payment on obligation. | 0.15 | 0.00 |
| 3/29/2007 | UST | Conference with Attorney Brian Hart regarding payment schedule. | 0.2 | 0.00 |
| 4/9/2007 | UST | Balancing bank statment, memo to staff re: backing out of charges. | 0.15 | 0.00 |
| 4/9/2007 | UST | Banking. | 0.15 | 0.00 |
| 5/11/2007 | UST | File review, conference with Debtor's counsel regarding status of installment payments. | 0.2 | 0.00 |
| 5/18/2007 | UST | Review of correspondence from Attorney Hart regarding payment schedule. | 0.15 | 0.00 |
| 5/30/2007 | UST | Banking. | 0.15 | 0.00 |
| 6/5/2007 | UST | Review of legal issues involving actual security interest of the IRS claim and issues involving Trustee's liquidation of collateral. | 0.2 | 0.00 |
| 6/7/2007 | UST | Receipt and revision of proposed Motion to Compromise a Controversy, preparation of Order regarding same. | 0.25 | 0.00 |
| 6/15/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 6/19/2007 | UST | Conference with U.S. Attorney, Joel Nathan, regarding status of IRS lien, resolution of competing issues involving secured status. | 0.25 | 0.00 |
| 6/28/2007 | UST | Case progress report. | 0.15 | 0.00 |

**Total**

**Yalden, Olsen & Willette**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2007 | 13154 |

| BILL TO |
|---|
| U.S. Bankruptcy Court |
| 211 South Court |
| Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71972 | Beeman-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|---|---|---|---|---|
| 7/3/2007 | UST | Review of file, voice mail with Attorney Brian Hart regarding non-payment of final installment on agreement. | 0.2 | 0.00 |
| 7/5/2007 | UST | Banking. | 0.15 | 0.00 |
| 7/11/2007 | UST | Balancing of bank statement. | 0.15 | 0.00 |
| 7/12/2007 | UST | Conference with IRS regarding filing of amended claim. | 0.25 | 0.00 |
| 8/13/2007 | UST | Conference with Attorney Jamie Brown at the U.S. Dept. of Justice regarding resolution to objection to IRS proof of claim. | 0.25 | 0.00 |
| 8/16/2007 | UST | Conference with Jamie Brown at the U.S. Dept. of Justice regarding forwarding of Agreed Order on Objection | 0.15 | 0.00 |
| 8/17/2007 | UST | Receipt of e-mail from U.S. Department of Justice with regard to proposed stipulation and amended Order and proposed proof of claim, return e-mail regarding potential amendments to same. | 0.4 | 0.00 |
| 8/17/2007 | UST | Conference with Attorney Brown at US Department of Justice regarding terms and condition of stipulation, filing of amended proof of claim. | 0.15 | 0.00 |
| 8/18/2007 | UST | Review and response to e-mail from the US Dept. of Justice regarding mechanical procedures for entry of Order on objection of claim. | 0 | 0.00 |
| | | **Total** | | |

# Yalden, Olsen & Willette

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2007 | 13154 |

**BILL TO**

U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101

| | | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|---|
| | | UST | 06-71972 | Beeman-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|---|---|---|---|---|
| 8/23/2007 | UST | Estimated time to close: Preparation of Final Report, Supplement Final Report, dividend letters to creditor, court appearance re: same. | 2 | 0.00 |
| | Reimb Group | COSTS ADVANCED: | | |
| 9/21/2006 | | ccs: Notice to Employ/Professionals (Attorneys (120 x .15) - $18.00 | | 18.00 |
| 9/21/2006 | | Postage: Notice to Employ Professionals (40 x .39) - $15.60 | | 15.60 |
| 6/8/2007 | | ccs: Notice to Compromise (123 x .15) $18.45 | | 18.45 |
| 6/8/2007 | | Postage: Notice to Compromise (43 x .41) - $17.63 | | 17.63 |
| 8/23/2007 | | ccs: Final Report (150 x .15) - $22.50 | | 22.50 |
| | | Total Reimbursable Expenses | | 92.18 |

| | **Total** | **$92.18** |
|---|---|---|

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Trustee's Attorneys** |  |  |  |
| Yalden, Olsen & Willette | 0.00 | $1,729.00 | $1,729.00 |
| **Trustee's Accountants** |  |  |  |
| **Trustee's Other Professionals** |  |  |  |
| **Debtor's Attorney** |  |  |  |
| **Debtor's Accountant** |  |  |  |
| **All Other Professionals** |  |  |  |
| **TOTALS** | $ 0.00 | $ 1,729.00 | $ 1,729.00 |