## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BEEMAN, LARRY D.<br>BEEMAN, WENNA L<br>CONSTRUCTION, BEEMAN<br>BEEMAN, WENDY L.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71148 MB<br><br>HONORABLE MANUEL BARBOSA |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,762.84 as compensation, $0.00 of which has previously been paid, and $92.18 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $40,128.43. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% of first $5,000.00 | $ | 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ | 3,512.84 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ | 0.00 | ($47,500.00 max.) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 4,762.84 | |

## II. TRUSTEE'S EXPENSES

Copies            $       58.95
Postage           $       33.23


TOTAL EXPENSES    $       92.18

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.


Executed this ____5th____ day of __October__, 20 07 .


_s/s  Joseph D. Olsen_____
SIGNATURE

JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228