# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BEEMAN, LARRY D.<br>BEEMAN, WENNA L<br>CONSTRUCTION, BEEMAN<br>BEEMAN, WENDY L.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71148 MB<br><br>HONORABLE  MANUEL BARBOSA |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  Yalden, Olsen & Willette

Authorized to Provide
Professional Services to:  Trustee

Date of Order Authorizing Employment:  10/2/06

Period for Which
Compensation is sought:  9/18/06 through 9/26/07

Amount of Fees sought:  $1,729.00

Amount of Expense
Reimbursement sought:  $0.00

This is an:          Interim Application _____          Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee
applications:

| Date Filed | Period Covered | Total Requested<br>(Fees & Expenses) | Total<br>Allowed |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses incurred herein is:                              $ 0.00

Date:_____          By: _s/s Joseph D. Olsen_____
                                          Applicant

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                    )    CHAPTER 7 -- Liquidation
                                          )
BEEMAN, LARRY D.                          )    CASE NO. 06-71148MB
                                          )
                    Debtor(s).            )    JUDGE:  MANUEL BARBOSA

## APPLICATION OF TRUSTEE'S COUNSEL (OTHER PROFESSIONAL) FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:  THE HONORABLE  MANUEL BARBOSA,  BANKRUPTCY JUDGE

Yalden, Olsen & Willette, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 06/30/06. This Court on 10/02/06 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,729.00 in compensation for 9.10 hours of service performed for the period 9/18/06 through 9/26/07. The Trustee discovered the Debtors had equity in their residence and therefore requested and was granted, permission to retain counsel to sell the Debtors' real estate interest to recover for the benefit of the Estate.

3. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-------|
| Joseph D. Olsen | 9.10 | $ 190.00 | $ 1,729.00 |
| | | GRAND TOTAL | $ 1,729.00 |

5. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,729.00 and reimbursement of actual and necessary expenses of $0.00 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

DATE: _____10/5/07_____

_s/s Joseph D. Olsen_____
Joseph D. Olsen
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL  61104

# Yalden, Olsen & Willette

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/2/2007 | 13154 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court |
| 211 South Court |
| Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|--|--|--|--|
| | BK-190 | | Beeman - Atty. Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 9/18/2006 | 190.00 | Preparation of Notice, Motion, Order, Rule 2014 Statement to engage professionals/attorneys. | 0.45 | 85.50 |
| 9/24/2006 | 190.00 | Preparation of Notice, Motion and proposed Order regarding objection to claim for exemption. | 0.4 | 76.00 |
| 10/2/2006 | 190.00 | Court appearance:  Motion to Employ Attorneys, entry of Order regarding same. | 0.85 | 161.50 |
| 10/30/2006 | 190.00 | Court appearance:  Objection to Claim for Exemption, entry of Order regarding same. | 0.85 | 161.50 |
| 11/21/2006 | 190.00 | Conference with Debtors' counsel's office regarding turnover of account receivable and settlement on contract of sale of farm land. | 0.2 | 38.00 |
| 2/1/2007 | 190.00 | Review of proof of claim docket, preparation of Objections to Claims, attorney's Notice and proposed Order regarding same. | 0.4 | 76.00 |
| 3/14/2007 | 190.00 | Court appearance:  Objections to proof of claims, entry of Order regarding same. | 1 | 190.00 |
| 6/5/2007 | 190.00 | Draft preparation of Motion to Compromise a Controversy. | 0.3 | 57.00 |
| 7/9/2007 | 190.00 | Court appearance:  Motion to Compromise a Controversy, entry of Order regarding same. | 1 | 190.00 |
| 7/13/2007 | 190.00 | Preparation of Objection to the IRS proof of claim, proposed Order and attorneys Notice re: same. | 0.35 | 66.50 |
| | | **Total** | | |

Page 1

**Yalden, Olsen & Willette**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/2/2007 | 13154 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|
| | BK-190 | | Beeman - Atty. Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|------------------------|---------|-------|
| 7/16/2007 | 190.00 | Preparation of amended objection to the IRS proof of claim and preparation of Order thereon. | 0.25 | 47.50 |
| 8/20/2007 | 190.00 | Court appearance: Objection to Claim of the IRS, entry of Order regarding same. | 0.9 | 171.00 |
| 8/23/2007 | 190.00 | Estimated time to close: Preparation of Exhibit E to Final Report and court appearance re: same. | 0.8 | 152.00 |
| 8/28/2007 | 190.00 | Preparation of Notice, Motion and proposed Order objecting to late proof of claim. | 0.35 | 66.50 |
| 9/26/2007 | 190.00 | Court appearance: Objection to proof of claim, entry of Order regarding same. | 1 | 190.00 |

| | **Total** | $1,729.00 |
|---|---|---|