Case Name:   LARRY D. AND WANDA L. BEEMAN
Case No:       06-71148

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: January 25, 2008             WILLIAM T. NEARY
                                    United States Trustee, Region 11



                           BY:      _/s/ Carole J. Ryczek_____
                                    CAROLE J. RYCZEK
                                    Attorney for the United States Trustee