## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BEEMAN, LARRY D.<br>BEEMAN, WENNA L<br>CONSTRUCTION, BEEMAN<br>BEEMAN, WENDY L.<br>Social Security/Employer Tax ID Number:<br>xxx-xx-4422  13-7542613<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71148 MB<br><br>HONORABLE  MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **February 25, 2008 at 9:30a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,729.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 4,762.84 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 92.18 |

4. The Trustee's Final Report shows total:

| | | | |
|---|---|---|---|
| a. | Receipts | $ | 40,128.43 |
| b. | Disbursements | $ | 52.36 |
| c. | Net Cash Available for Distribution | $ | 40,076.07 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $13,323.63, which leaves a total amount of $14,035.70, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $31,065.58.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

_____1/24/08_____                              __s/s Joseph D. Olsen_____
DATE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

06-71148   Doc 50   Filed 01/28/08   Entered 01/30/08 23:57:23   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: mreilly              Page 1 of 2           Date Rcvd: Jan 28, 2008
Case: 06-71148                Form ID: pdf002            Total Served: 51
```

The following entities were served by first class mail on Jan 30, 2008.
```
db          +Larry D. Beeman,    5S327 Tut Hill Rd,    Naperville, IL 60563-8508
jdb         +Wenna L Beeman,    5S327 Tut Hill Rd,    Naperville, IL 60563-8508
aty         +Brian A Hart,    Brian A Hart Law Offices PC,    308 W State Street,    Suite M-8,
              Rockford, IL 61101-1139
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +John J Carrozza,    Brian  A. Hart Law Offices,    308 W. State Street,    Suite M-8,
              Rockford, IL 61101-1139
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
10800671   +++ACCOUNT RECOVERY SERVICES, INC.,    POB 2526,    Loves Park IL 61132-2526
10800673    +ALLIED BUSINESS ACCOUNTS, INC.,    300 1/2 South Second Street,    P.O. Box 1600,
              Clinton, IA 52733-1600
10800674    +ALLIED DATA CORPORATION,    13111 Wesrheimer, 4th Floor,    Houston, TX 77077-5546
10800677     ASSOCIATED RECOVERY SYSTEMS,    P.O. Box 463023,    Escondildo, CA 92046-3023
10800672    +AllianceOne,    4850 Street Rd. Level C,    Feasterville Trevose, PA 19053-6600
11011890    +Allied Business Accounts Inc,    POB 1600,    Clinton IA 52733-1600
10800675    +Alpine Bank of Illinois,    P.O. Box 6086,    Rockford, IL 61125-1086
10800676     AmSher Collection Services, Inc.,    2090 Columbia Rd. Suite 3000,    Birmingham, AL 35216-2161
10800678     BANK OF AMERICA,    Bankruptcy Department,    P.O. Box 26012,    NC41050314,
              Greensboro, NC 27420-6012
10800680    +BLATT HASENMILLER LEIBSKER & MOORE,    2 N. LaSalle, Suite 900,    Chicago, IL 60602-4059
10800679    +Bergner's 110,    P.O. Box 17633,    Baltimore, MD 21297-1633
10800681     C.B. Accounts INC,    PO BOX 1289,    Peoria, IL 61654-1289
10800682     CAPITAL ONE,    P.O. Box 85015,    Richmond, VA 23285-5015
10800684    +COUNTRYWIDE HOME LOANS,    P.O. Box 10219,    Van Nuys, CA 91410-0219
10800685     CREDITOR SERVICES,    P.O. Box 4,    Clinton, IA 52733-0004
10800687    +D & B RMS,    77 Hartland Street,    P.O. Box 280431,    East Hartford, CT 06128-0431
10800688     ENCORE RECEIVABLE MANAGEMENT, INC.,    P.O. Box 3330,    Olathe, KS 66063-3330
10800689    +FMA Alliance, Ltd.,    11811 North Freeway, Suite 900,    Houston, TX 77060-3292
10800690    +G.C. SERVICES,    6330 Gulfton,    Houston, TX 77081-1198
10800691    +Glenwood Center,    2823 Glenwood Avenue,    Rockford, IL 61101-3599
10800692   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: INTERNAL REVENUE SERVICE,    230 S. Dearborn,    Mail Stop 5010 CHI,
              Chicago, IL 60604)
11544270    +James E Brown,    U.S. Dept. of Justice, Tax Division,    POB 55 Ben Franklin Station,
              Washington D.C 20044-0055
10800694     MARSHALL FIELDS,    Guest Credit Mail Stop 3C-K,    3701 Wayzata Blvd.,    Menomonee Falls, WI 53051
10800695    +MBNA AMERICA,    P.O. Box 15137,    Wilmington, DE 19850-5137
10800696    +Mutual Management,    P.O. BOX 4777,    Rockford, IL 61110-4777
10800698    +NCO Financial Systems Inc.,    P.O.Box 7590,    Dept. 64,    Hampton, VA 23666-0590
10800699    +PHYSICIANS IMMEDIATE CARE,    11475 North Second Street,    Machesney Park, IL 61115-1285
10800700    +R.V. Evans,    P.O. Box 494,    Decatur, IL 62525-1804
10800701     RMH PATHOLOGISTS,    c/o PBO, Inc.,    P.O. Box 1565,    Rockford, IL 61110-0065
10956736    +RMH Pathologists,    c/o ARS,    POB 2526,    Loves Park IL 61132-2526
10800702     ROCKFORD CLINIC,    DEPT CH 10862,    Palatine, IL 60055-0862
10800704    +ROCKFORD HEALTH SYSTEMS,    Rockford Memorial Hospital,    2400 N. Rockton Avenue,
              Rockford, IL 61103-3681
10800703    +Rockford Health Physicians,    2300 N. Rockton Ave.,    Rockford, IL 61103-3619
11019245    +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
10800705    +SAKS FIFTH AVENUE,    Bankruptcy Department,    3455 Highway 80 W,    Jackson, MS 39209-7202
10932036    +SMC c/o HSBC Bank Nevada, NA - Bergner's,    PO Box 19249,    Sugar Land, TX 77496-9249
10800706     SWEDISH AMERICAN HOSPITAL,    1400 Charles Street,    P.O. Box 4448,    Rockford, IL 61110-0948
10800707    +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
10800708    +Trauner, Cohen, & Thomas, L.L.P.,    2880 Dresdeb Drive,    Atlanta, GA 30341-3920
10800710    +VIKING COLLECTION SERVICE, INC.,    P.O. Box 59207,    Minneapolis, MN 55459-0207
10800709    +Valentine & Kebartas, Inc.,    15 Union St.,    P.O. Box 325,    Lawrence, MA 01842-0625
10800686   +++Various Creditors,    c/o Creditors' Protection Service, Inc,    POB 4115,    Rockford IL 61110-0615
10800712    +WOLPOFF & ABRAMSON LLP,    Two Irvington Centre,    702 King Farm Blvd.,    Rockville, MD 20850-5774
10800711    +Weltman, Weinberg & Reis, Co.,    323 W. Lakeside Ave,    Suite 200,    Cleveland, OH 44113-1099
```

The following entities were served by electronic transmission on Jan 29, 2008.
```
10800697    +E-mail/PDF: bncnotices@nationalcity.com Jan 29 2008 04:06:59     NATIONAL CITY BANK,
              P.O. Box 94982,    Attn: Bankruptcy Department,    Cleveland, OH 44101-4982
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10800683     Contract Sale
10800693     Landlord
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-3          User: mreilly           Page 2 of 2              Date Rcvd: Jan 28, 2008
Case: 06-71148                Form ID: pdf002         Total Served: 51

            ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2008                    Signature:   _Joseph Speetjens_