**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312060159366**

ACCOUNT # 000312060159366
BEEMAN LARRY D
06-71148

**IMAGES**



005010108969 MAR 07 #0000000101 $6,132.72



005010108969 MAR 07 #0000000101 $6,132.72



002410301021 MAR 13 #0000000102 $1,729.00



002410301021 MAR 13 #0000000102 $1,729.00



Exhibit "A"

Page 2 of 7

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312060159366**

ACCOUNT # 000312060159366
BEEMAN LARRY D
06-71148



005010109019 MAR 07 #0000000109 $10,836.61



005010109019 MAR 07 #0000000109 $10,836.61



005010171419 MAR 05 #0000000110 $2,400.76



005010171419 MAR 05 #0000000110 $2,400.76

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312060159366**

ACCOUNT # 000312060159366
BEEMAN LARRY D
06-71148



002510811479 MAR 06 #0000000111 $190.98



002510811479 MAR 06 #0000000111 $190.98



Page 7 of 7

**JPMorganChase**

September 01, 2007 through September 28, 2007
Account Number: **000312060159365**

**IMAGES**

ACCOUNT # 000312060159365

JPMORGAN CHASE BANK, N.A.
VOID AFTER 90 DAYS    1001

06-71148 MB    BEEMAN, LARRY D.
312060159365    BEEMAN, WENNA L

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2323

BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR
CASE #06-71148, Bond #016918067

Date 09/14/2007    $ **********52.36

---Fifty-Two Dollars and 36/100

Pay to the Order of: INTERNATIONAL SURETIES, LTD.
203 Carondelet Street, Suite #500
New Orleans LA 70130

JOSEPH D. OLSEN

⑈0000 1001⑈  ⑆021000021⑆ 312060159365⑈    /00000005236/

008970912684 SEP 21 #0000001001 $52.36

PAY TO THE ORDER OF
WHITNEY NATIONAL BANK
INTERNATIONAL SURETIES LTD
GLOBAL SURETY LLC
ACCT # 71280404

8970912684    23217667

008970912684 SEP 21 #0000001001 $52.36

Case 06-71148    Doc 53-1    Filed 04/21/08    Entered 04/21/08 12:03:39    Desc Exhibit
Page 5 of 5

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 01, 2008 through March 31, 2008
Account Number: **000312060159365**

## CUSTOMER SERVICE INFORMATION

Service Center:    **1-800-634-5273**

00016905 DBI 802 24 09208 - NNN  1  000000000  63 0000
06-71148 BEEMAN LARRY D
BEEMAN WENNA L DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY

Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $25.76 |

This account earns interest daily and the current interest rate is 0.17%.

The total interest paid this year is $25.76.

Interest paid in 2007 for account 000312060159365 is $181.32.

Exhibit "B"

Page 1 of 1